**Victoria HALL; Ralph Hall, individually and on behalf of J.H. a minor, Plaintiffs–Appellants,**

v.

**COOLIDGE UNIFIED SCHOOL DISTRICT NO. 21, Defendant–Appellee.**

No. 12–15523.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2013.*

Filed Nov. 14, 2013.

David Lawrence Abney, Esquire, Law Offices of Charles M. Brewer, Ltd., Phoenix, AZ, Amy Grace Langerman, Amy Langerman PC, Coronado, CA, for Plaintiffs–Appellants.

Karl H. Widell, Esquire, Robert D. Haws, Gust Rosenfeld, PLC, Phoenix, AZ, for Defendant–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed.

R.App. P. 34(a)(2).

Before: FARRIS, FERNANDEZ, and IKUTA, Circuit Judges.

MEMORANDUM [**]

Victoria and Ralph Hall appeal the district court's order which awarded them attorney's fees after they prevailed in their action against Coolidge Unified School District No. 21. *See* 20 U.S.C. § 1415(i)(3)(B)(i)(I). We affirm.

We have carefully reviewed the record and we hold that the district court did not abuse its discretion[1] when it determined the "rates prevailing in the community in which the action or proceeding arose for the kind and quality of services furnished"[2] and then calculated the fee award based upon those rates.[3]

AFFIRMED.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. *See United States. v. Hinkson,* 585 F.3d 1247, 1261–62 (9th Cir.2009) (en banc); *Shapiro ex rel. Shapiro v. Paradise Valley Unified Sch. Dist. No. 69,* 374 F.3d 857, 861 (9th Cir.2004).

2. *See* 20 U.S.C. § 1415(i)(3)(C); *see also Blum v. Stenson,* 465 U.S. 886, 895 n. 11, 104 S.Ct. 1541, 1547 n. 11, 79 L.Ed.2d 891 (1984); *Christensen v. Stevedoring Servs. of Am.,* 557 F.3d 1049, 1053 (9th Cir.2009); *Shapiro,* 374 F.3d at 865–66; *Barjon v. Dalton,* 132 F.3d 496, 502 (9th Cir.1997); *Greater L.A. Council on Deafness v. Cmty. Television of S. Cal.,* 813 F.2d 217, 221 (9th Cir.1987).

3. The Halls suggest that the State Bar of Arizona's, 2010 *Economics of Law Practice in Arizona,* upon which the district court relied, is inadmissible hearsay. However, that issue was not raised before the district court. We decline to consider it. *See O'Guinn v. Lovelock Corr. Ctr.,* 502 F.3d 1056, 1063 n. 3 (9th Cir.2007); *Pfingston v. Ronan Eng'g Co.,* 284 F.3d 999, 1003–04 (9th Cir.2002).